UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FERNANDO GASTELU,

        Plaintiff,

-against-

DENNIS BRESLIN, Superintendent,
Arthur Kill Correctional Facility,

        Defendant.
----------------------------------------------------------------X

JUDGMENT
03-CV-1339 (JG)

  A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2005, granting defendant's motion for reconsideration; and, upon reconsideration granting the motion to dismiss; it is

  ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for reconsideration is granted; and, that upon reconsideration, the motion to dismiss is granted.

Dated: Brooklyn, New York
    September 14, 2005

                s/Robert C. Heinemann
                ROBERT C, HEINEMANN
                Clerk of Court